# Exhibit 3

| | Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Trimble Inc. ("Defendant") |
|---|---|

| Claims | Evidence |
|---|---|
| 10. A communications method comprising: | The Trimble Customer Service system performs a method for communicating in a communication network.<br><br>For example, the Trimble Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and a call center agent. The Trimble Customer Service system runs on NICE Cxone (CCaaS - Call Center as a Service).<br><br>**How to Contact Trimble?**<br><br>**Most Popular Number:**<br><br>**(800) 874-6253**<br><br>Toll Free<br><br>Total calls: **110**<br><br>Issues resolved: **6**<br><br>Last call: **Feb 2, 2026**<br><br>Source: https://trimble.pissedconsumer.com/customer-service.html |

Source: https://help.trimble.com/en/trimble-connect/trimble-connect/object-manager/support-and-faqs/getting-support/write-to-support



Source: https://www.trimble.com/en/contact-support



Source: https://www.nice.com/resources/trimble-transportation-unifies-complex-tech-support-teams-on-nice-cxone



Source: https://www.nice.com/blog/2022-cx-excellence-award-winners

| (a) receiving a plurality of communications, each having associated classification information; | The Trimble Customer Service system receives a plurality of communications; each having associated classification information.<br><br>For example, the Trimble Customer Service system receives calls from multiple callers. For each call, the caller provides information about the nature of the call via keypad entry or Interactive Voice Response (IVR). The information provided by the caller is used to classify the call. |
| --- | --- |



Source: https://trimble.pissedconsumer.com/customer-service.html

> • **Interactive voice response (IVR)** – Interactive voice response is an interactive menu that lets callers choose the type of help they want, such as by saying options out loud or pressing a number. Callers frequently will opt for self-service for basic issues such as paying a bill or account queries, and the IVR system facilitates that option. When the IVR system is integrated with the ACD, companies gain additional functionality and efficiencies as they share data between them, such as data collected in the IVR system being shared with the ACD.

Source: https://www.nice.com/glossary/what-is-ccaas-contact-center-as-a-service

CXone Interactive Voice Response (IVR) is voice self-service that accelerates resolution, improves routing and cuts costs with automation. It leverages natural speech to collect caller information and determine optimal handling for an improved customer experience. CXone IVR offers centralized administration enabling immediate response to dynamic business conditions and customer journey optimization.

As part of a unified cloud-native platform, CXone IVR is fully integrated with the ACD and uses the same powerful easy-to-use visual design tool to build intelligent data-directed routing that ensures customer calls are resolved quickly and efficiently—every time.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0003313-cxone-interactive-voice-response-ds.pdf



Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

| | |
|---|---|
| (b) storing information representing characteristics of a plurality of potential targets; | The Trimble Customer Service system maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the Trimble Customer Service system stores information about the skills possessed by agents who are potential targets of the call.<br><br>**Connect customers to the right agent**<br><br>The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed. |

Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-automatic-contact-distibutor-ds.pdf



10



Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

<table>
<tr>
<td></td>
<td>CXone Mpower's Automatic Contact Distributor (ACD) is an omnichannel routing engine that gets interactions to the right agents fast. It's a universal queue for more than 30 digital channels, as well as voice, self-service, AI, and chatbot interactions that requires no programming skills to set up. With ACD, customers get right where they need to be, every time.

Source: https://www.nice.com/resources/cxone-mpower-acd-datasheet</td>
</tr>
<tr>
<td>(c) determining an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three</td>
<td>The Trimble Customer Service system determines an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets.

For example, the Trimble Customer Service system analyses information provided by a caller to determine one or more skills that an agent should possess to help the caller. To run at peak performance, the system considers multiple variables such as call queue length, number of available agents, average length of call, and agent skillsets when selecting an agent to connect with the caller. Trimble employs numerous agents, at least three of which possess the skill set required by the caller.</td>
</tr>
</table>

| potential targets; and | |
|---|---|
| | **Connect customers to the right agent**<br><br>The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed. |
| | Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone- |

automatic-contact-distibutor-ds.pdf

Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-

omnichannel-routing-br.pdf

STREAMLINE HANDLING AND REDUCE COSTS WITH PARTIAL OR FULL AUTOMATION

• Increase containment and serve more customers at a lower cost by allowing your customers to quickly self-solve basic issues, like bill payments and account inquiries.

• Decrease Average Handle Time (AHT) by collecting information from callers before they ever talk to a live agent.

• Reduce call abandons by completing simple tasks via automation or by offering automated callback to reduce customer hold time.

• Gain visibility into IVR use to improve self-service containment and find opportunities to improve customer satisfaction and self-service adoption, leading to increased cost savings.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0003313-cxone-interactive-voice-response-ds.pdf

15

| (d) routing the communication to the optimum target, | The Trimble Customer Service system routes communication to the optimum target.<br><br>For example, upon determining, as the optimum target, the agent to which the caller should be connected, the Trimble Customer Service system routes the call to that agent.<br><br><br><br>Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf |
| --- | --- |

Offer customers multichannel support when and where they need it with CXone Mpower Omnichannel Routing. With the help of real-time analytics and AI, it makes intelligent routing decisions for you, automatically.

Source: https://www.nice.com/products/omnichannel-routing

**Connect customers to the right agent**

The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-

| | |
|---|---|
| | automatic-contact-distibutor-ds.pdf |

| | |
|---|---|
| said determining step and said routing step being performed within a common operating environment. | The Trimble Customer Service system performs determination and the routing steps within a common operating environment.<br><br>For example, the Trimble Customer Service System is implemented as a cloud-based software platform that runs on Amazon Web Services (AWS) Servers. AWS is hosted in cloud communication environment, which is a common operating environment.<br><br><br><br>Source: https://www.nice.com/partners/nice-and-amazon-web-services<br><br>"With NiCE and AWS working together, we're excited to supercharge our workflows and unleash the full potential of intelligent automation," said **Thomas Laird, CEO, Expivia**. "This relationship empowers us to redefine customer experience at unheard of speed, precision and agility in the era of agentic AI." |

| | Source: https://www.nice.com/press-releases/nice-signs-strategic-collaboration-agreement-with-aws-to-accelerate-end-to-end-customer-service-automation-at-scale |
|---|---|

| Claims | Evidence |
|---|---|
| 11. The method according to claim 10, wherein the determination and routing employ a common message queue in an operating system. | The Trimble Customer Service system employs a common message queue in an operating system when performing the determination and routing.<br><br>For example, the Trimble Customer Service system is implemented on NICE Cxone (CCaaS – Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in cloud communication environment under the control of a common operating system. In AWS, application communications are routed via messages passed through a common message queue.<br><br> |

Source: https://www.nice.com/partners/nice-and-amazon-web-services

**Collaboration brings together cloud and AI expertise to simplify and speed up enterprise automation through joint go-to-market initiatives, co-innovation and deeper technology integrations**

**Hoboken, N.J., May 13, 2025 –** NiCE **(Nasdaq: NiCE)** today announced a new strategic collaboration agreement (SCA) with Amazon Web Services **(AWS)**, to transform how businesses deliver customer service through tightly integrated AI, cloud, and automation technologies. As a part of this collaboration, CXone Mpower will now be available in AWS Marketplace. This combines the strengths of NiCE's CXone Mpower industry-leading AI platform and AWS AI/ML services like Amazon Bedrock and Amazon Q Business to unify fragmented service operations, streamline complex workflows, and empower organizations to deliver smarter, faster and more connected experiences.

This agreement underscores a shared commitment to empower organizations to optimize operations, reduce complexity, and boost performance across every workflow. NiCE and AWS are working together to make it easier for businesses to implement end-to-end automation strategies that adapt to changing needs and deliver real-time impact and value. Through this collaboration, organizations will benefit from simplified access to enterprise-grade AI solutions, faster deployment cycles, and seamless scalability. With a unified approach to cloud-native customer service, NiCE and AWS are helping businesses unlock greater agility, eliminate silos, and drive continuous service innovation.

20

"With NiCE and AWS working together, we're excited to supercharge our workflows and unleash the full potential of intelligent automation," said **Thomas Laird, CEO, Expivia**. "This relationship empowers us to redefine customer experience at unheard of speed, precision and agility in the era of agentic AI."

Source: https://www.nice.com/press-releases/nice-signs-strategic-collaboration-agreement-with-aws-to-accelerate-end-to-end-customer-service-automation-at-scale

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services