# Exhibit 4

| Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Trimble Inc. ("Defendant") |
|---|

**Claim 1 is not being asserted but is charted for the purpose of asserting claim 9, which depends on claim 1.**

| Claims | Evidence |
|---|---|
| 1. A method for matching a first subset selected from a plurality of first entities with a second subset selected from a plurality of second entities, comprising: | The Trimble Customer Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Trimble Customer Services system matches a caller, which is the first subset of multiple first entities, to a call center agent, which is the second subset of multiple second entities. The Trimble Customer Service system runs on NICE Cxone generative Contact center Service Cloud.<br><br>**How to Contact Trimble?**<br><br>Most Popular Number:<br><br>**(800) 874-6253**<br><br>Toll Free<br><br>📞 Total calls: **110**<br><br>⊘ Issues resolved: **6**<br><br>📅 Last call: **Feb 2, 2026** |

1

| | Source: https://trimble.pissedconsumer.com/customer-service.html |
|---|---|
| | <br>**Write to Support**<br><br>The quickest way to get support is to write an email with a detailed description of your problem.<br><br>Please note that sending a crash report is not the same as contacting support. If you want immediate help, you must contact support as described here.<br><br>1. Draft an email to connect-support@trimble.com.<br><br>Source: https://help.trimble.com/en/trimble-connect/trimble-connect/object-manager/support-and-faqs/getting-support/write-to-support |

2



Source: https://www.trimble.com/en/contact-support



Source: https://www.nice.com/resources/trimble-transportation-unifies-complex-tech-support-teams-on-nice-cxone

<table>
<tr>
<td></td>
<td>



Source: https://www.nice.com/blog/2022-cx-excellence-award-winners
</td>
</tr>
<tr>
<td>storing in a memory a plurality of multivalued scalar data representing inferential targeting parameters for the first subset;</td>
<td>

The Trimble Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first subset.

For example, the Trimble Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification information to determine the nature of a call and thereby, the required characteristics of a call center agent to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters to match the caller to an appropriate call center agent.
</td>
</tr>
</table>

5



**How to Contact Trimble?**

**Most Popular Number:**

**(800) 874-6253**

Toll Free

Total calls: **110**

Issues resolved: **6**

Last call: **Feb 2, 2026**

Source: https://trimble.pissedconsumer.com/customer-service.html

- **Interactive voice response (IVR)** – Interactive voice response is an interactive menu that lets callers choose the type of help they want, such as by saying options out loud or pressing a number. Callers frequently will opt for self-service for basic issues such as paying a bill or account queries, and the IVR system facilitates that option. When the IVR system is integrated with the ACD, companies gain additional functionality and efficiencies as they share data between them, such as data collected in the IVR system being shared with the ACD.

Source: https://www.nice.com/glossary/what-is-ccaas-contact-center-as-a-service





Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

**Connect customers to the right agent**

The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-automatic-contact-distibutor-ds.pdf

| | |
|---|---|
| | CXone Mpower's Automatic Contact Distributor (ACD) is an omnichannel routing engine that gets interactions to the right agents fast. It's a universal queue for more than 30 digital channels, as well as voice, self-service, AI, and chatbot interactions that requires no programming skills to set up. With ACD, customers get right where they need to be, every time.<br><br>Source: https://www.nice.com/resources/cxone-mpower-acd-datasheet |
| storing in the memory a plurality of multivalued scalar data of each of the plurality of second entities, representing respective characteristic parameters for each respective second entity; | The Trimble Customer Service system stores a plurality of multivalued scalar data, representing characteristic parameters, for each of the second entities.<br><br>For example, the Trimble Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are used by the system to match the caller to an appropriate call center agent.<br><br>CXone Omnichannel Routing quickly routes interactions to the right agent with the right skillset and proficiency in the right channel. It presents consolidated, easy-to-use interfaces for agents, supervisors and administrators. It seamlessly integrates with leading CRM solutions and can be deployed in a matter of days. NICE CXone is the only cloud contact center vendor recognized as a market leader by Gartner, Forrester, Ventana Research, Ovum, DMG, Frost and Sullivan and IDC. |

Customers expect you to be everywhere, all the time, and they want a smooth experience. But how well can you do that today? With CXone Mpower Omnichannel Routing, your agents can meet customers where they are and create great experiences.

Deploy agents anytime, anywhere. Add channels easily and quickly. Implement new flows and make IVR changes in hours, not days or months.

Take advantage of skills-based omnichannel routing and universal queue for inbound and outbound voice, as well as 30+ digital channels including:

- Chat
- Email
- Text / SMS
- Social monitoring
- Extensible work items
- Messaging such as WhatsApp, Facebook Messenger, Twitter Messaging, and Viber

Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

**Connect customers to the right agent**

The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-

| | automatic-contact-distibutor-ds.pdf |
|---|---|
| | CXone Mpower's Automatic Contact Distributor (ACD) is an omnichannel routing engine that gets interactions to the right agents fast. It's a universal queue for more than 30 digital channels, as well as voice, self-service, AI, and chatbot interactions that requires no programming skills to set up. With ACD, customers get right where they need to be, every time.<br><br>Source: https://www.nice.com/resources/cxone-mpower-acd-datasheet |
| performing, using an automated processor, an optimization with respect to at least an economic surplus of a respective mutually exclusive match | The Trimble Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Trimble Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a |

| | |
|---|---|
| of the first subset with the second subset, and an opportunity cost of the unavailability of the second subset for matching with an alternate subset of the plurality of first entities; and | close matching of the characteristics, and the costs of factors such as call queue length, number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br>**Connect customers to the right agent**<br><br>The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed. |

| | Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-automatic-contact-distibutor-ds.pdf |
|---|---|

**Deliver extraordinary omnichannel experiences**

Give customers personalized service—when and where they need it.

- Increase customer satisfaction—and First Contact Resolution (FCR) rates
- Connect each customer to the best resource to provide personalized service while reducing effort, frustration, and Average Handle Time (AHT)
- Increase revenue through streamlined, targeted and personalized customer support with a higher Customer Lifetime Value (CLV) and lower cost per interaction
- Lower abandon rates through optimized routing, reduce time in queue and add callback options when call volumes are unexpectedly high
- Outpace the competition by quickly adding 30+ digital channels to support changing customer preferences and expectations

Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

## STREAMLINE HANDLING AND REDUCE COSTS WITH PARTIAL OR FULL AUTOMATION

- Increase containment and serve more customers at a lower cost by allowing your customers to quickly self-solve basic issues, like bill payments and account inquiries.

- Decrease Average Handle Time (AHT) by collecting information from callers before they ever talk to a live agent.

- Reduce call abandons by completing simple tasks via automation or by offering automated callback to reduce customer hold time.

- Gain visibility into IVR use to improve self-service containment and find opportunities to improve customer satisfaction and self-service adoption, leading to increased cost savings.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0003313-cxone-interactive-voice-response-ds.pdf

| | |
|---|---|
| outputting a signal in dependence on the optimization. | The Trimble Customer Service system outputs a signal in dependence on the optimization.<br><br>For example, the Trimble Customer Service system generates and outputs a signal for connecting the caller with the matched agent.<br><br><br><br>Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf |



Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-

omnichannel-routing-br.pdf

## Connect customers to the right agent

The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-automatic-contact-distibutor-ds.pdf

|  |  |
|---|---|
|  |  |

**Claim 9 is being asserted.**

| Claims | Evidence |
|---|---|
| 9. The method according to claim 1, wherein the automated processor executes under control of a software operating system having a message queue, wherein the automated processor communicates with a communication router controlled by the automated processor under the control of the operating | The automated processor executes under the control of an operating system that has a message queue. In response to the signal that is output as a result of the optimization, the automated processor communicates with a communication router via messages passed through the message queue to effect control over the communication router.

For example, the Trimble Customer Service system platform is implemented as a cloud-based service platform, which runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment, thereby providing a common operating environment for the execution of applications under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue.

|

| system responsive to the signal via messages passed through the message queue. | Source: https://www.nice.com/partners/nice-and-amazon-web-services <br><br> **Collaboration brings together cloud and AI expertise to simplify and speed up enterprise automation through joint go-to-market initiatives, co-innovation and deeper technology integrations** <br><br> Hoboken, N.J., May 13, 2025 – NiCE **(Nasdaq: NiCE)** today announced a new strategic collaboration agreement (SCA) with Amazon Web Services **(AWS)**, to transform how businesses deliver customer service through tightly integrated AI, cloud, and automation technologies. As a part of this collaboration, CXone Mpower will now be available in AWS Marketplace. This combines the strengths of NiCE's CXone Mpower industry-leading AI platform and AWS AI/ML services like Amazon Bedrock and Amazon Q Business to unify fragmented service operations, streamline complex workflows, and empower organizations to deliver smarter, faster and more connected experiences. <br><br> This agreement underscores a shared commitment to empower organizations to optimize operations, reduce complexity, and boost performance across every workflow. NiCE and AWS are working together to make it easier for businesses to implement end-to-end automation strategies that adapt to changing needs and deliver real-time impact and value. Through this collaboration, organizations will benefit from simplified access to enterprise-grade AI solutions, faster deployment cycles, and seamless scalability. With a unified approach to cloud-native customer service, NiCE and AWS are helping businesses unlock greater agility, eliminate silos, and drive continuous service innovation. <br><br> "With NiCE and AWS working together, we're excited to supercharge our workflows and unleash the full potential of intelligent automation," said **Thomas Laird, CEO, Expivia**. "This relationship empowers us to redefine customer experience at unheard of speed, precision and agility in the era of agentic AI." |

Source: https://www.nice.com/press-releases/nice-signs-strategic-collaboration-agreement-with-aws-to-accelerate-end-to-end-customer-service-automation-at-scale

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

23

**Claim 11 is not being asserted but is charted for the purpose of asserting claim 18, which depends on claim 11.**

| Claims | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Trimble Customer Service system performs a method of matching a first entity with a second entity.<br><br>For example, the Trimble Customer Services system matches a caller, which is the first entity, to a call center agent, which is the second entity. Trimble Customer Service system runs on NICE Cxone generative Contact center Service Cloud. |

**How to Contact Trimble?**

**Most Popular Number:**

**(800) 874-6253**

Toll Free

📞 Total calls: **110**

✓ Issues resolved: **6**

📅 Last call: **Feb 2, 2026**

Source: https://trimble.pissedconsumer.com/customer-service.html

## Write to Support

The quickest way to get support is to write an email with a detailed description of your problem.

Please note that sending a crash report is not the same as contacting support. If you want immediate help, you must contact support as described here.

1. Draft an email to connect-support@trimble.com.

Source: https://help.trimble.com/en/trimble-connect/trimble-connect/object-manager/support-and-faqs/getting-support/write-to-support

25



Source: https://www.trimble.com/en/contact-support



Source: https://www.nice.com/resources/trimble-transportation-unifies-complex-tech-support-teams-on-nice-cxone

<table>
<tr>
<td></td>
<td>



Source: https://www.nice.com/blog/2022-cx-excellence-award-winners
</td>
</tr>
<tr>
<td>storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity;</td>
<td>The Trimble Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.

For example, the Trimble Customer Services system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification to determine the nature of a call and thereby, the required characteristics of a call center to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters for matching the caller to an appropriate call center agent.</td>
</tr>
</table>



Source: https://trimble.pissedconsumer.com/customer-service.html

> • **Interactive voice response (IVR)** – Interactive voice response is an interactive menu that lets callers choose the type of help they want, such as by saying options out loud or pressing a number. Callers frequently will opt for self-service for basic issues such as paying a bill or account queries, and the IVR system facilitates that option. When the IVR system is integrated with the ACD, companies gain additional functionality and efficiencies as they share data between them, such as data collected in the IVR system being shared with the ACD.

Source: https://www.nice.com/glossary/what-is-ccaas-contact-center-as-a-service

29





Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

**Connect customers to the right agent**

The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-automatic-contact-distibutor-ds.pdf

| | |
|---|---|
| | CXone Mpower's Automatic Contact Distributor (ACD) is an omnichannel routing engine that gets interactions to the right agents fast. It's a universal queue for more than 30 digital channels, as well as voice, self-service, AI, and chatbot interactions that requires no programming skills to set up. With ACD, customers get right where they need to be, every time.<br><br>Source: https://www.nice.com/resources/cxone-mpower-acd-datasheet |
| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The Trimble Customer Service system stores a plurality of multivalued scalar data, representing inferential targeting parameters, for each of the plurality of second entities.<br><br>For example, the Trimble Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are represented by a plurality of multivalued scalar data and are used by the system as targeting parameters for matching the caller to an appropriate call center agent.<br><br>CXone Omnichannel Routing quickly routes interactions to the right agent with the right skillset and proficiency in the right channel. It presents consolidated, easy-to-use interfaces for agents, supervisors and administrators. It seamlessly integrates with leading CRM solutions and can be deployed in a matter of days. NICE CXone is the only cloud contact center vendor recognized as a market leader by Gartner, Forrester, Ventana Research, Ovum, DMG, Frost and Sullivan and IDC. |

33

Customers expect you to be everywhere, all the time, and they want a smooth experience. But how well can you do that today? With CXone Mpower Omnichannel Routing, your agents can meet customers where they are and create great experiences.

Deploy agents anytime, anywhere. Add channels easily and quickly. Implement new flows and make IVR changes in hours, not days or months.

Take advantage of skills-based omnichannel routing and universal queue for inbound and outbound voice, as well as 30+ digital channels including:

- Chat
- Social monitoring
- Email
- Extensible work items
- Text / SMS
- Messaging such as WhatsApp, Facebook Messenger, Twitter Messaging, and Viber

Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

34

**Connect customers to the right agent**

The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed.

Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-automatic-contact-distibutor-ds.pdf

|  |  |
|---|---|
|  | CXone Mpower's Automatic Contact Distributor (ACD) is an omnichannel routing engine that gets interactions to the right agents fast. It's a universal queue for more than 30 digital channels, as well as voice, self-service, AI, and chatbot interactions that requires no programming skills to set up. With ACD, customers get right where they need to be, every time.<br><br>Source: https://www.nice.com/resources/cxone-mpower-acd-datasheet |
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a | The Trimble Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Trimble Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, |

36

| | |
|---|---|
| normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br>**Connect customers to the right agent**<br><br>The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed. |

Source: https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-automatic-contact-distibutor-ds.pdf

# Deliver
## extraordinary omnichannel experiences

**Give customers personalized service—when and where they need it.**

- Increase customer satisfaction—and First Contact Resolution (FCR) rates
- Connect each customer to the best resource to provide personalized service while reducing effort, frustration, and Average Handle Time (AHT)
- Increase revenue through streamlined, targeted and personalized customer support with a higher Customer Lifetime Value (CLV) and lower cost per interaction
- Lower abandon rates through optimized routing, reduce time in queue and add callback options when call volumes are unexpectedly high
- Outpace the competition by quickly adding 30+ digital channels to support changing customer preferences and expectations

38

Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

## STREAMLINE HANDLING AND REDUCE COSTS WITH PARTIAL OR FULL AUTOMATION

- Increase containment and serve more customers at a lower cost by allowing your customers to quickly self-solve basic issues, like bill payments and account inquiries.

- Decrease Average Handle Time (AHT) by collecting information from callers before they ever talk to a live agent.

- Reduce call abandons by completing simple tasks via automation or by offering automated callback to reduce customer hold time.

- Gain visibility into IVR use to improve self-service containment and find opportunities to improve customer satisfaction and self-service adoption, leading to increased cost savings.

39

| | Source: https://resources.nice.com/wp-content/uploads/2024/03/0003313-cxone-interactive-voice-response-ds.pdf |
|---|---|
| outputting a signal in dependence on the optimization. | The Trimble Customer Service system outputs a signal in dependence on the optimization.<br><br>For example, the Trimble Customer Service system generates and outputs a signal for connecting the caller with the matched agent.<br><br><br><br>Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf |



Source: https://resources.nice.com/wp-content/uploads/2024/03/0001095-en-cxone-omnichannel-routing-br.pdf

## Connect customers to the right agent

The CXone Mpower intelligent routing engine matches customer requests based on skills, natural language analytics, and AI-powered behavioral profiles. It consolidates routing across inbound and outbound, digital and voice, agent assisted and self-service channels. The ACD ensures every interaction is routed to the best available agent in the least amount of time. You can use customer data and sentiment, predictive behavioral routing, advanced skills-based and data-directed omnichannel routing with a universal queue for inbound and outbound voice as well as digital channels. Cases, paper mail or even fax can be routed using the Work Item channel, if needed.

Source:

| | https://resources.nice.com/wp-content/uploads/2024/03/0002156-en-cxone-automatic-contact-distibutor-ds.pdf |
|---|---|

Claim 18 is being asserted.

| Claims | Evidence |
|---|---|
| 18. The method according to claim 11, wherein signal comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating | The signal that is output in dependence upon the optimization comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over the routing of communication.<br><br>For example, the Trimble Customer Service system platform is implemented on NICE Cxone (Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in cloud communication environment i.e., common operating environment under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue. |

| | |
|---|---|
| system for control over a routing of a communication. |   Source: https://www.nice.com/partners/nice-and-amazon-web-services |

**Collaboration brings together cloud and AI expertise to simplify and speed up enterprise automation through joint go-to-market initiatives, co-innovation and deeper technology integrations**

Hoboken, N.J., May 13, 2025 – NiCE (Nasdaq: NiCE) today announced a new strategic collaboration agreement (SCA) with Amazon Web Services (AWS), to transform how businesses deliver customer service through tightly integrated AI, cloud, and automation technologies. As a part of this collaboration, CXone Mpower will now be available in AWS Marketplace. This combines the strengths of NiCE's CXone Mpower industry-leading AI platform and AWS AI/ML services like Amazon Bedrock and Amazon Q Business to unify fragmented service operations, streamline complex workflows, and empower organizations to deliver smarter, faster and more connected experiences.

This agreement underscores a shared commitment to empower organizations to optimize operations, reduce complexity, and boost performance across every workflow. NiCE and AWS are working together to make it easier for businesses to implement end-to-end automation strategies that adapt to changing needs and deliver real-time impact and value. Through this collaboration, organizations will benefit from simplified access to enterprise-grade AI solutions, faster deployment cycles, and seamless scalability. With a unified approach to cloud-native customer service, NiCE and AWS are helping businesses unlock greater agility, eliminate silos, and drive continuous service innovation.

"With NiCE and AWS working together, we're excited to supercharge our workflows and unleash the full potential of intelligent automation," said **Thomas Laird, CEO, Expivia**. "This relationship empowers us to redefine customer experience at unheard of speed, precision and agility in the era of agentic AI."

45

Source: https://www.nice.com/press-releases/nice-signs-strategic-collaboration-agreement-with-aws-to-accelerate-end-to-end-customer-service-automation-at-scale

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services